## DECLARATION OF SERVICE

I declare that am older than eighteen years of age and not a party to this action. My business address is McMahon Serepca LLP, 100 Marine Parkway, Suite 350, Redwood Shores, California. On December 12, 2007, I personally served the following documents:

- **NON-PARTY ACER AMERICA CORPORATION'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO SHORTEN TIME REGARDING PLAINTIFF'S MOTION TO COMPEL THIRD PARTY ACER AMERICA CORP. TO COMPLY WITH SUBPOENA**
- **DECLARATION OF PETER C. McMAHON IN SUPPORT OF NON-PARTY ACER AMERICA CORPORATION'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO SHORTEN TIME**
- **DECLARATION OF PAMELA L. KELLY IN SUPPORT OF NON-PARTY ACER AMERICA CORPORATION'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO SHORTEN TIME**
- **[PROPOSED] ORDER**
- **DECLARATION OF SERVICE**

On counsel for plaintiff Silicon Graphics, Inc. at the following address:

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

The envelope containing the above-listed documents was accepted by Sandra at the reception desk at 10:40 a.m.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2007 at Redwood City, California.

_____
Pamela L. Kelly

1

DECLARATION OF SERVICE