ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Thomas A. Miller, Bar No. 129473
TAMiller@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3211
Telephone:    310-552-0130
Facsimile:    310-229-5800

Jennifer L. McKenna, Bar No. 219837
JLMcKenna@rkmc.com
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:    612-349-8500
Facsimile:    612-339-4181

Attorneys for
ATI Technologies, Inc., ATI Technologies ULC,
and Advanced Micro Devices, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silicon Graphics, Inc., <br><br>         Plaintiff, <br><br> v. <br><br> Acer America Corp., <br><br>         Defendant. | MISC. No. C-07 80276JF <br><br> Assigned to Judge Jeremy Fogel <br><br> **ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL ACER AMERICA CORP. TO COMPLY WITH SUBPOENA** <br><br> (Related Case No. 06-C-0611-C pending in the W.D.Wis.) <br><br> Date:    December 12, 2007 <br> Time:    tba |

The emergency claimed by plaintiff Silicon Graphics, Inc. ("SGI") is one of its own creation. ATI Technologies, Inc., ATI Technologies ULC, and Advanced Micro Devices, Inc. (collectively "ATI") submit this opposition to Plaintiff's Emergency Motion to Compel Acer America Corp. to Comply with Subpoena ("Emergency Motion") to provide context to the Court

MP3 20254134.1

ATI TECHNOLOGIES RESPONSE TO
PLAINTIFF'S EMERGENCY MOTION TO
COMPEL ACER AM N/A

on SGI's failure to diligently prosecute its underlying patent infringement case against ATI. SGI's conduct toward Acer America Corp. ("Acer") is simply another example of SGI's failure and shows why SGI's emergency motion should be denied.

Contrary to the impression SGI tries to paint in its Emergency Motion, it was SGI who had sought until recently to impose a very swift schedule for the underlying patent litigation. As the plaintiff in that action, SGI had the luxury of choosing the forum in which to pursue its claims against ATI. SGI picked the Western District of Wisconsin, a district that enjoys the reputation of providing a rapid docket. SGI filed its original complaint on October 23, 2006. (McKenna Declaration at ¶ 2.) It then filed a First Amended Complaint on November 30, 2006 adding two more patents. (McKenna Declaration at ¶ 3.) In the joint Rule 26(f) report submitted by the parties on December 13, 2006, SGI proposed that the close of discovery occur on July 25, 2007, with a trial set for September 25, 2007. (McKenna Declaration at ¶ 4.) SGI's forum choice and proposed schedule were all clearly directed to obtaining a very accelerated pace for the litigation.

But SGI was not finished amending its complaint. In March 2007, ATI filed a summary judgment motion seeking dismissal of the direct infringement claims relating to two of the asserted patents-in-suit. (McKenna Declaration at ¶ 5.) SGI then filed for leave to amend its complaint again to add claims of indirect infringement, which were missing from SGI's first two complaints. (McKenna Declaration at ¶ 6.) If SGI did not know earlier, it certainly knew when it sought to add inducement and contributory infringement claims that it would need to obtain discovery from non-party sources to prove its case. Later, after the district court had granted-in-part ATI's summary judgment motion, SGI responded to that court's question of whether SGI intended to pursue any claims of indirect infringement by stating that "[SGI] believe[s] inducement and contributory [infringement] are pretty clear cut." (Exhibit 1 to McKenna Declaration at 17, ll. 22-23.) In fact, SGI admitted the vital importance of non-party discovery in its Emergency Motion when it argued that the discovery it was seeking from Acer is relevant to SGI's damages, liability, and validity aspects of its case, all of which "are at the core of any patent infringement case." (Emergency Motion at 7-8.)

Yet, despite the significance of non-party discovery to its case, SGI has failed to diligently

seek that discovery. The original deadline for the close of discovery in the underlying patent litigation was November 30, 2007. (Exhibit 2 to McKenna Declaration.) ATI cooperated with SGI to extend the deadline to December 15, 2007, in a September 11, 2007 joint stipulation filed with the district court. (*Id.*) The trial date is set for February 4, 2008, and the Wisconsin court has indicated that this date will not change. (McKenna Declaration at ¶ 8.) This limited time between the close of discovery and the trial date needs to be used for trial preparation — not for additional discovery, nor for SGI to make a last-ditch effort to salvage its case. As SGI itself wrote to Acer, "the discovery process must come to a close." (Exhibit C to Blakely Declaration.)

SGI chose a "rocket docket" in which to prosecute its patent suit. SGI chose not to pursue discovery from Acer until its August 29, 2007 subpoena. SGI chose to "prioritize" financial documents to finish its expert damages report by the November 29, 2007 deadline. (Emergency Motion at 3.) SGI chose to sign the stipulation extending the close of discovery to December 15, 2007. And SGI chose to wait to file a motion to compel against Acer until December 11, 2007, when "the close of discovery in the underlying action is imminent" and the motion purportedly became an "emergency." (Emergency Motion at 4.) SGI's failure to diligently seek discovery from Acer should not be rewarded. ATI therefore respectfully requests that this Court deny SGI's Emergency Motion.

| | |
|---|---|
| DATED: December 12, 2007 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br><br>By: *[signature]*<br>Thomas A. Miller, 129473<br>Jennifer L. McKenna, 219837<br><br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3211<br>310-552-0130<br><br>-and-<br><br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>612-349-8500<br><br>**ATTORNEYS FOR ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.** |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On **December 12, 2007**, I caused the foregoing document described as **ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL ACER AMERICA CORP. TO COMPLY WITH SUBPOENA** to be served on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY EMAIL:** By transmitting via electronic mail the document listed above to the Email addresses set forth below on this date before 5:00 p.m.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **December 12, 2007**, at Los Angeles, California.

_____
LA DONNA BRYANT-WILSON

# SERVICE LIST

<u>Silicon Graphics, Inc. v. Acer America Corp.</u>
USDC MISC No. C-07 80276JF

| | |
|---|---|
| Mitchell M. Blakely, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>Telephone: (650) 843-4000<br>**Facsimile: (650) 843-4001**<br>Email: mblakely@morganlewis.com | *Attorneys for Plaintiff Silicon Graphics, Inc.* |
| Edward J. Pardon, Esq.<br>MICHAEL BEST & ASSOCIATES<br>One South Pinckney Street, Ste 700<br>Madison, WI 53701-1806<br>Telephone: (608) 283-2268<br>**Facsimile: (608) 283-2275**<br>Email: ejpardon@michaelbest.com | |
| James M. Bollinger, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>**Facsimile: (212) 309-6001**<br>jbollinger@morganlewis.com | |
| Peter McMahon, Esq.<br>McMahon Serepca LLP<br>100 Marine Parkway, Suite 350<br>Redwood City, CA 94065<br>Telephone: (650) 637-0600<br>**Facsimile: (650) 637-0700**<br>peter@mcmahonserepca.com | *Attorneys for Defendant Acer America Corp.* |