ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Thomas A. Miller, Bar No. 129473
TAMiller@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3211
Telephone:   310-552-0130
Facsimile:    310-229-5800

Jennifer L. McKenna, Bar No. 219837
JLMcKenna@rkmc.com
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:   612-349-8500
Facsimile:    612-339-4181

Attorneys for
ATI Technologies, Inc., ATI Technologies ULC,
and Advanced Micro Devices, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silicon Graphics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Acer America Corp., <br><br> Defendant. | MISC. No. C-07 80276JF <br><br> Assigned to Judge Jeremy Fogel <br><br> **DECLARATION OF JENNIFER L. McKENNA IN SUPPORT OF ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL ACER AMERICA CORP. TO COMPLY WITH SUBPOENA** <br><br> (Related Case No. 06-C-0611-C pending in the W.D.Wis.) <br><br> Date:    December 12, 2007 <br> Time:    tba |

I, Jennifer L. McKenna, declare:

1) I am an attorney for the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., which is counsel of record for the defendants in the related, underlying litigation of

MP3 20254180.1

ATI TECHNOLOGIES RESPONSE TO
PLAINTIFF'S EMERGENCY MOTION TO
COMPEL ACER AM N/A

1) *Silicon Graphics, Inc. v. ATI Technologies, Inc., ATI Technologies ULC, and Advanced Micro Devices, Inc.*, No. 06-C-0611-C, currently pending in the U.S. District Court for the Western District of Wisconsin (the "Wisconsin litigation"). From my work on this case, I am personally familiar with the various events, filings, and records relating to that matter. I submit this declaration in support of ATI Technologies, Inc., ATI Technologies ULC, and Advanced Micro Devices, Inc.'s Opposition to Plaintiff's Emergency Motion to Compel Acer America Corp. to Comply with Subpoena.

2) Silicon Graphics, Inc. ("SGI") originally filed the Wisconsin litigation against ATI Technologies, Inc. on October 23, 2006.

3) SGI filed an Amended Complaint in the Wisconsin litigation on November 30, 2006 that added two patents.

4) SGI submitted a Proposed Discovery Plan Pursuant to Fed. R. Civ. P. 26(f) on December 13, 2006. SGI's plan proposed that the close of discovery occur on July 25, 2007, and a trial date of September 25, 2007.

5) On March 8, 2007, ATI filed a motion for summary judgment against SGI.

6) On March 30, 2007, SGI filed a motion for leave to file a Second Amended Complaint to add indirect infringement claims.

7) Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the transcript of the August 31, 2007 claim construction hearing held before Chief Judge Barbara Crabb in the Wisconsin litigation.

8) In a June 28, 2007 Omnibus Amended Scheduling Order, Magistrate Judge Stephen Crocker set the trial date for the Wisconsin litigation as February 4, 2008, and informed counsel that the trial date is not moving.

9) Attached hereto as Exhibit 2 is a true and correct copy of the September 11, 2007 Joint Stipulation Regarding Scheduling filed by the parties in the Wisconsin litigation.

I declare under the penalty of perjury under the laws of the United States of America that

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1 | the foregoing is true and correct.

3 | Executed on: December 12, 2007          By: _____
                                                Jennifer L. McKenna

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

MP3 20254180.1                     - 3 -              ATI TECHNOLOGIES RESPONSE TO
                                                      PLAINTIFF'S EMERGENCY MOTION TO
                                                      COMPEL ACER AM N/A

# Exhibit 1

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF WISCONSIN
 3    * * * * * * * * * * * * * * * * * * * * * * * * *
 4    SILICON GRAPHICS, INC.
 5          Plaintiff,
 6      -vs-                        Case No. 06-C-611-C
 7    ATI TECHNOLOGIES, INC.        Madison, Wisconsin
                                    August 31, 2007
 8          Defendant.               9:00 a.m.
 9    * * * * * * * * * * * * * * * * * * * * * * * * *
10    STENOGRAPHIC TRANSCRIPT OF CLAIM CONSTRUCTION HEARING
           HELD BEFORE CHIEF JUDGE BARBARA B. CRABB
11
12    APPEARANCES:
13    For the Plaintiff:   Morgan Lewis & Bockius LLP
                           BY:  ATTORNEYS PHILIP HIRSCHHORN and
14                         JAMES BOLLINGER, STEVE UNDERWOOD and
                           JENNIFER DRECKA
15                         101 Park Avenue
                           New York, New York   10178
16
                           Michael Best & Friedrich
17                         BY: ATTORNEY ED PARDONE
                           1 South Pinckney St.  Rm 700
18                         Madison, Wisconsin  53703
19    For the Defendant:   Robins, Kaplan, Miller & Ciresi
                           BY: ATTORNEYS WILLIAM MANNING, COLE
20                         FAUVER, AARON FAHRENKROG, JAKE
                           ZIMMERMAN and WILLIAM WEBB
21                         2800 LaSalle Plaza, 800 LaSalle Ave.
                           Minneapolis, MN  55402
22    Also present:        Prof. Gleicher, Att. Joseph Ranney,
                           Dr. Andrew Wolfe, Kent Cooper
23                              Lynette Swenson
                                Federal Court Reporter
24                              United States District Court
                                120 N. Henry St., Room 520
25                              Madison, WI  53703
                                (608) 255-3821
```

1   We can go into the individual claim terms, but in
2   view of the Court's comments at the beginning, I will
3   try to address the questions that you have regarding
4   specific terms.
5       THE COURT: My first question was whether
6   you're intending to pursue the claims that you still had
7   under claim -- pursue Claim 9 of the '327 patent and
8   infringement under that. And then do you intend to
9   pursue any claims of indirect or contributory
10  infringement?
11      MR. BOLLINGER: Absolutely. In fact, I
12  appreciate and had read closely your summary judgment
13  motion and I'm pretty -- in large part we have some --
14  obviously you ruled and granted summary judgment to ATI,
15  but on points that I'm not so certain were really in
16  meaningful dispute. The idea that they did not sell a
17  display system worldwide, I think we recognize that they
18  only sold in Claims 1-8 the systems that did the first
19  four elements of those claims. So they didn't have --
20  we didn't have a direct infringement case against them.
21  They clearly are -- we have a pretty powerful -- the
22  system with the display system infringes. We believe
23  inducement and contributory are pretty clear cut.
24      So all the claims we've asserted in the case we
25  believe are still in play, Claim 9, and then all

18

1  principally on an argument based on inducement and
2  contributory infringement.  But in addition to that, the
3  latter Claim 17, 22 relate to the frame buffer operation
4  we believe are directly infringed, and as you ruled,
5  their internal use of the systems with displays also
6  qualifies as a direct infringement throughout all the
7  claims.  So yes, I think everything is still in the case
8  and we still are pursuing all of that in view of your
9  Court's determination.
10             THE COURT:  And what about the '200 and '376
11 patents?
12             MR. BOLLINGER:  Well, the '200 patent has the
13 same issue.  The fact was that they didn't sell CPUs, so
14 our direct infringement case was principally based on
15 their internal use, but its contributed inducement and
16 still in the case and it will largely turn on the claim
17 construction today at what aspects and what systems will
18 be found to be or that will be part of that.
19             THE COURT:  Then starting with the '327, which
20 I think really is the major patent, the first word I
21 wanted to take up is rasterization and I wanted to know
22 why construction that said a graphics operation that
23 translates three-dimensional primitives into a set of
24 corresponding fragments or pixels or both and fills them
25 in was not adequate.  I don't understand why you think

129

1  I, LYNETTE SWENSON, Certified Realtime and Merit
2  Reporter in and for the State of Wisconsin, certify that
3  the foregoing is a true and accurate record of the
4  proceedings held on the 31st day of August, 2007, before
5  the Honorable Barbara B. Crabb, Chief Judge of the
6  Western District of Wisconsin, in my presence and
7  reduced to writing in accordance with my stenographic
8  notes made at said time and place.
9  Dated this 3rd day of September 2007.

*Lynette Swenson*

Lynette Swenson, CRR, RMR,
RPR, CBC
Federal Court Reporter

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

# Exhibit 2

Document Number  Case Number
206                06-C-0611-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
09/11/2007 04:59:30 PM CDT

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

BRIAN A. MAYER
612-349-8540

September 11, 2007

Honorable Magistrate Judge Stephen L. Crocker
UNITED STATES DISTRICT COURT
Western District of Wisconsin
120 North Henry Street
Madison, WI 53701

  Re: Silicon Graphics, Inc. v. ATI Technologies, ULC
    Case No. 06-C-0611-C
    Our File No.: 124318.0001

Dear Magistrate Judge Crocker:

  Attached is a proposed joint stipulation regarding upcoming deadlines for discovery and expert reports filed on behalf of all parties. These deadlines were discussed at the Claims Construction Hearing with Judge Crabb on August 31, 2007 at your suggestion. (Dkt. 197, Trans. Cl. Const. Hear. at 126-128). At the hearing, Judge Crabb suggested that the parties submit the attached stipulation.

  Please call me if you have any questions.

            Sincerely,

            ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

            Brian A. Mayer

BAM
Attachment
cc: James Bollinger
   Phillip Hirschhorn
   Jennifer Dereka
   Edward Pardon
   Jay Ranney

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SILICON GRAPHICS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  06-C-0611-C |
| v. ) | |
| ) | |
| ATI TECHNOLOGIES, INC., ATI ) | JOINT STIPULATION REGARDING |
| TECHNOLOGIES, ULC and ) | SCHEDULING |
| ADVANCED MICRO DEVICES, INC. ) | |
| ) | |
| Defendants. ) | |

At the August 31, 2007 Claims Construction Hearing, the parties presented a joint proposal to change the deadlines for opening and rebuttal expert reports so these deadlines are in conjunction with and submitted after the Court's ruling on claims construction. The parties have also stipulated to a fifteen day extension regarding fact discovery. None of the proposed deadlines proposed by the parties will effect the scheduled trial date of February 4, 2008. The parties have jointly stipulated to the following deadlines in the table below and present them pursuant to the Court's direction:

| Event | Proposed Stipulated Date |
|---|---|
| Deadline for expert disclosures on which a party has the burden of proof | 45 days after the Court issues a claim construction order.<br>(previously October 4, 2007) |
| Deadline for responsive expert disclosures | 30 days after opening disclosures are served |
| Fact discovery closes | December 15, 2007<br>(Previously November 30, 2007) |

MP3 20241113.1

                                              Respectfully Submitted,

Dated: September 11, 2007       ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                      By:   *s/ William H. Manning*
                                               William H. Manning (pro hac vice)
                                               Cole M. Fauver (pro hac vice)
                                               Brian A. Mayer (WI #1039452)
                                               800 LaSalle Avenue, Suite 2800
                                               Minneapolis, Minnesota 55402-2015
                                               Phone: (612) 349-8500
                                               Facsimile: (612) 339-4181
                                               Email: whmanning@rkmc.com
                                                       cmfauver@rkmc.com
                                                       bamayer@rkmc.com

                                      DE WITT ROSS & STEVENS, S.C.
                                        Joseph A. Ranney
                                        Two East Mifflin Street, Suite 600
                                        Madison, Wisconsin 53703
                                        Phone: (608) 283-5612
                                        Facsimile: (608) 252-9243
                                        Email: jar@dewittross.com
                                  **ATTORNEYS FOR DEFENDANT ATI
                                  TECHNOLOGIES, ET AL.**

Dated: September 11, 2007      MORGAN, LEWIS & BOCKIUS LLP

                                    By:   *s/ Phillip L. Hirschhorn*
                                          Phillip L. Hirschhorn
                                          101 Park Avenue
                                          New York, New York 10178-0060
                                          (212) 309-6000
                                          (212) 309-6001 (Fax)

                                      MICHAEL BEST & FRIEDRICH LLP
                                      One South Pinckney Street, Suite 700
                                      P.O. Box 1806
                                      Madison, WI 53701-1806
                                      (608) 257-3501
                                      (608) 283-2275 (Fax)
                                  **ATTORNEYS FOR PLAINTIFF SILICON
                                  GRAPHICS, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SILICON GRAPHICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ATI TECHNOLOGIES, ULC, et al.,<br><br>Defendant. | Civil Action No. 06-C-0611-C<br><br>**CERTIFICATE OF SERVICE** |

    I, Brian A. Mayer, hereby certify that on September 11, 2007, I served the following documents:

    1.    Letter to Magistrate Crocker dated September 11, 2007,

    2.    Joint Stipulation Regarding Scheduling and Certificate of Service

via e-mail at the stated e-mail addresses, upon the following counsel for Silicon Graphics, Inc.

| | |
|---|---|
| Edward J. Pardon<br>MICHAEL BEST & ASSOCIATES<br>One South Pinckney Street, Ste 700<br>Madison, WI 53701-1806<br>Email: ejpardon@michaelbest.com | James M. Bollinger, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>jbollinger@morganlewis.com |

Dated: September 11, 2007    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

    By: _s/ Brian A. Mayer_
        Brian A. Mayer (1039452)
        800 LaSalle Avenue, Suite 2800
        Minneapolis, MN 55402-2015
        Telephone: (612) 349-8500
        Email: bamayer@rkmc.com

    **ATTORNEYS FOR DEFENDANTS**

MP3 20237992.1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On **December 12, 2007**, I caused the foregoing document described as **DECLARATION OF JENNIFER L. McKENNA IN SUPPORT OF ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL ACER AMERICA CORP. TO COMPLY WITH SUBPOENA** to be served on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY FACSIMILE:** I served a true copy of the document described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **December 12, 2007**, at Los Angeles, California.

_____
LA DONNA BRYANT-WILSON

LA1 60152830.1                                                          PROOF OF SERVICE

C06-01884 MHP

# SERVICE LIST

<u>Silicon Graphics, Inc. v. Acer America Corp.</u>
USDC MISC No. C-07 80276JF

| | |
|---|---|
| Mitchell M. Blakely, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA  94306<br>Telephone:  (650) 843-4000<br>**Facsimile:  (650) 843-4001**<br>Email:  mblakely@morganlewis.com | ***Attorneys for Plaintiff Silicon Graphics, Inc.*** |
| Edward J. Pardon, Esq.<br>MICHAEL BEST & ASSOCIATES<br>One South Pinckney Street, Ste 700<br>Madison, WI  53701-1806<br>Telephone:  (608) 283-2268<br>**Facsimile:  (608) 283-2275**<br>Email:  ejpardon@michaelbest.com | |
| James M. Bollinger, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY  10178<br>Telephone:  (212) 309.6000<br>**Facsimile:  (212) 309.6001**<br>jbollinger@morganlewis.com | |
| Peter McMahon, Esq.<br>McMahon Serepca LLP<br>100 Marine Parkway, Suite 350<br>Redwood City, CA  94065<br>Telephone:  (650) 637.0600<br>**Facsimile:  (650) 637.0700**<br>peter@mcmahonserepca.com | ***Attorneys for Defendant Acer America Corp.*** |

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA1 60152830.1 — PROOF OF SERVICE

C06-01884 MHP

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On **December 12, 2007**, I caused the foregoing document described as **DECLARATION OF JENNIFER L. McKENNA IN SUPPORT OF ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL ACER AMERICA CORP. TO COMPLY WITH SUBPOENA** to be served on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY EMAIL:** By transmitting via electronic mail the document listed above to the Email addresses set forth below on this date before 5:00 p.m.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **December 12, 2007**, at Los Angeles, California.

_____
LA DONNA BRYANT-WILSON

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA1 60152830.1                                                          PROOF OF SERVICE

C06-01884 MHP

## SERVICE LIST

<u>Silicon Graphics, Inc. v. Acer America Corp.</u>
USDC MISC No. C-07 80276JF

| | |
|---|---|
| Mitchell M. Blakely, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>Telephone: (650) 843-4000<br>**Facsimile: (650) 843-4001**<br>Email: mblakely@morganlewis.com | ***Attorneys for Plaintiff Silicon Graphics, Inc.*** |
| Edward J. Pardon, Esq.<br>MICHAEL BEST & ASSOCIATES<br>One South Pinckney Street, Ste 700<br>Madison, WI 53701-1806<br>Telephone: (608) 283-2268<br>**Facsimile: (608) 283-2275**<br>Email: ejpardon@michaelbest.com | |
| James M. Bollinger, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>**Facsimile: (212) 309-6001**<br>jbollinger@morganlewis.com | |
| Peter McMahon, Esq.<br>McMahon Serepca LLP<br>100 Marine Parkway, Suite 350<br>Redwood City, CA 94065<br>Telephone: (650) 637-0600<br>**Facsimile: (650) 637-0700**<br>peter@mcmahonserepca.com | ***Attorneys for Defendant Acer America Corp.*** |

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA1 60152830.1                                          PROOF OF SERVICE

C06-01884 MHP