1   MORGAN, LEWIS & BOCKIUS LLP
    MITCHELL M. BLAKELY, State Bar No. 214946
2   2 Palo Alto Square
    3000 El Camino Real, Suite 700
3   Palo Alto California, 94306
    Tel:  650.843.4000
4   Fax:  650.843.4001
    E-mail:  mblakely@morganlewis.com
5
    Attorneys for Plaintiff
6   Silicon Graphics, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  Silicon Graphics, Inc.,                    No. C 07-80276 JF (RS)

12       Plaintiff,                            **PLAINTIFF SGI'S NOTICE OF**
                                               **WITHDRAWAL OF MOTION TO**
13       vs.                                   **SHORTEN TIME FILED DECEMBER 12,**
                                               **2007 PURSUANT TO CIVIL L.R. 7-7(A).**
14  ATI Technologies, Inc., ATI Technologies
    ULC and Advanced Micro Devices, Inc.,       (Related to Case No. 06-C-0611-C pending in
15                                             the W.D. Wis.)
         Defendants
16
              and
17
    ASUS Computer International, Inc.,
18
         Respondent to Subpoena.
19

20          On December 12, 2007, Plaintiff Silicon Graphics, Inc. ("SGI") filed Plaintiff SGI's

21  Notice of And Emergency Motion to Shorten Time Regarding SGI's Motion to Compel Third

22  Party ASUS Computer International, Inc. to Comply with Subpoena.  No opposition has been

23  filed by ASUS Computer International, Inc.  Thus, pursuant to Civil L.R. 7-7(a), SGI hereby

24  withdraws the afore mentioned motion to shorten time.  SGI will, however, be filing a new

25  motion to shorten time in compliance with the rules of this court.

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
   NEW YORK

1-PA/3680706.1

SGI'S WITHDRAWAL OF DEC. 12 MOTION
TO SHORTEN TIME (ACER)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: December 14, 2007

MORGAN, LEWIS & BOCKIUS LLP
MITCHELL M. BLAKELY


By /s/ Mitchell M. Blakely
    Mitchell M. Blakely
    Attorneys for Plaintiff
    Silicon Graphics, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3680706.1

2

SGI'S MOTION TO SHORTEN TIME TO
RESPOND RE MOTION TO COMPEL ACER