```
1  PETER C. McMAHON (State Bar No. 161841)
   PAMELA L. KELLY (State Bar No. 230721)
2  McMAHON SEREPCA LLP
   100 Marine Parkway, Suite 350
3  Redwood Shores, CA 94065-1046
   Tel: 650-637-0600
4  Fax: 650-637-0700

5  Attorneys for Plaintiff
   ACER AMERICA CORPORATION
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Silicon Graphics, Incorporated,<br><br>    Plaintiff,<br><br>    v.<br><br>Acer America Corporation<br><br>    Defendant. | CASE NO.: **07-mc-80276-JF**<br>(Western District of Wisconsin – Case No. 06-C-0611-C)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

YOU ARE HEREBY NOTIFIED that effective December 15, 2007, McMahon Serepca LLP, counsel for plaintiff NetSuite, Inc. ("NetSuite" or "Plaintiff"), has changed its address. McMahon Serepca LLP's new address is:

> 985 Industrial Road, Suite 201
> San Carlos, CA  94070-4157
> Tel: 650-637-0600
> Fax: 650-637-0700

All notices and documents regarding the above-entitled action should be sent to the above address.

DATED: December 14, 2007

McMAHON SEREPCA LLP

_____
Pamela L. Kelly, Esq.
Attorneys for Defendant
ACER AMERICA CORPORATION

NOTICE OF CHANGE OF ADDRESS