| | |
|---|---|
| 1 | PETER C. McMAHON (State Bar No. 161841) |
| 2 | PAMELA L. KELLY (State Bar No. 230721)<br>McMAHON SEREPCA LLP |
| 3 | 100 Marine Parkway, Suite 350<br>Redwood Shores, CA 94065-1046 |
| 4 | Tel: 650-637-0600<br>Fax: 650-637-0700 |
| 5 | Attorneys for Plaintiff |
| 6 | ACER AMERICA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Silicon Graphics, Incorporated,<br><br>    Plaintiff,<br><br>    v.<br><br>Acer America Corporation<br><br>    Defendant. | CASE NO.: **07-mc-80276-JF**<br>(Western District of Wisconsin – Case No. 06-C-0611-C)<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

YOU ARE HEREBY NOTIFIED that Thursday, December 13, 2007 through Monday, December 17, 2007, Monday, December 24 through Thursday, December 27, 2007, and Monday, December 31, 2007 through Wednesday, January 2, 2008, PETER C. McMAHON and PAMELA L. KELLY will be unavailable for any purpose whatsoever, including but not limited to, receiving notice of any kind, appearing in court, responding to *ex parte* applications, or attending hearings, conferences or depositions.

You are hereby advised to read *Tenderloin Housing Clinic* v. *Sparks*, 8 Cal. App. 4th 299 (1992), regarding the availability of sanctions for purposefully scheduling a conflict proceeding without good cause.

DATED: December 14, 2007

McMAHON SEREPCA LLP

_____
Pamela L. Kelly, Esq.
Attorneys for Plaintiff
ACER AMERICA CORPORATION

NOTICE OF UNAVAILABILITY OF COUNSEL

2