1  MORGAN, LEWIS & BOCKIUS LLP
   MITCHELL M. BLAKELY, State Bar No. 214946
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto California, 94306
   Tel: 650.843.4000
4  Fax: 650.843.4001
   E-mail: mblakely@morganlewis.com
5
   Attorneys for Plaintiff
6  Silicon Graphics, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | Silicon Graphics, Inc., | No. C 07-80276 JF (RS) |
|---|---|---|
| 12 | Plaintiff, | **PLAINTIFF'S NOTICE OF AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 13 | vs. | |
| 14 | ATI Technologies, Inc., ATI Technologies ULC and Advanced Micro Devices, Inc., | **EARLIEST-FILED CASE NO. C 07-80276 JF (RS) AND LODGED IN THE LATER FILED CASE NO. 07-MC-80279** |
| 15 | | |
| 16 | Defendants, | |
| 17 | and | (Related Case No. 06-C-0611-C pending in the W.D. Wis.) |
| 18 | ASUS Computer International, Inc., | Date:   January 18, 2008 |
| 19 | Respondent to Subpoena. | |

20      TO ALL PARTIES AND COUNSEL OF RECORD:

21      Pursuant to Civil Local Rules 3-12 and 7-11, Silicon Graphics, Inc. ("SGI") respectfully

22  submits this Administrative Motion to Consider Whether Cases Should be Related. SGI filed a

23  motion to compel third party Acer America Corp. in the Northern District of California (Case No.

24  07-80276 JF (RS)) and subsequently a motion to compel ASUS Computer International, Inc.

25  (Case No. 5:07-mc-80279). These cases both involve discovery sought by SGI pursuant to

26  subpoenas issued out of the Northern District of California related to its case against ATI

27  Technologies, Inc., ATI Technologies ULC and Advanced Micro Devices, Inc. currently pending

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3680605.1                                              SGI'S MOTION TO CONSIDER WHETHER
                                                            CASES SHOULD BE RELATED

1 in the Western District of Wisconsin. Thus, these cases pending before this Court involve
2 substantially the same events and it appears likely that there will be an unduly burdensome
3 duplication of labor and expense or conflicting results if the cases are conducted before different
4 Judges. For example, Judge Richard Seeborg issued an order on December 13, 2007 regarding
5 SGI's motion to compel Acer. *See* Docket Entry 8 (Case No. C 07-80276 JF (RS)). Therefore,
6 SGI files this motion to consider whether the cases should be related.

8 Dated: December 14, 2007                    MORGAN, LEWIS & BOCKIUS LLP
                                              MITCHELL M. BLAKELY

11                                            By:  /s/ Mitchell M. Blakely
                                                   Mitchell M. Blakely
                                                   Attorneys for Plaintiff
12                                                 Silicon Graphics, Inc.

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-PA/3680605.1                    2                    SGI'S MOTION TO CONSIDER WHETHER
                                                       CASES SHOULD BE RELATED