MORGAN, LEWIS & BOCKIUS LLP
MITCHELL M. BLAKELY, State Bar No. 214946
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto California, 94306
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mblakely@morganlewis.com

Attorneys for Plaintiff
Silicon Graphics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silicon Graphics, Inc.,<br><br>    Plaintiff,<br><br>    vs.<br><br>ATI Technologies, Inc., ATI Technologies ULC and Advanced Micro Devices, Inc.,<br><br>    Defendants,<br><br>    and<br><br>ASUS Computer International, Inc.,<br><br>    Respondent to Subpoena. | No. C 07-80276 JF (RS)<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S NOTICE OF AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**EARLIEST-FILED CASE NO. C 07-80276 JF (RS) AND LODGED IN THE LATER FILED CASE NO. 07-MC-80279**<br><br>(Related Case No. 06-C-0611-C pending in the W.D. Wis.)<br><br>Date:   January 18, 2008 |

The Court having considered the papers submitted, and good cause appearing,

IT IS HEREBY ORDERED: Silicon Graphics, Inc. ("SGI") initiated this motion for administrative relief in this district in connection with an underlying proceeding pending in the Western District of Wisconsin. SGI filed a motion to compel Acer America, Corp. to produce documents and a deposition witness (Case No. C 07-80276 JF (RS)) and a motion to compel ASUS Computer International, Inc. to produce documents and a deposition witness (Case No. 07-MC-90279). It is hereby ordered these two cases are deemed related pursuant to Civil L.R. 3-12.

1   Dated: _____    By: _____

2                                                  Northern District of California

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3680625.1                                  2         SGI'S MOTION TO CONSIDER WHETHER
                                                              CASES SHOULD BE RELATED