ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Thomas A. Miller, Bar No. 129473
TAMiller@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3211
Telephone:    310-552-0130
Facsimile:    310-229-5800

Jennifer L. McKenna, Bar No. 219837
JLMcKenna@rkmc.com
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:    612-349-8500
Facsimile:    612-339-4181

Attorneys for
ATI Technologies, Inc., ATI Technologies ULC,
and Advanced Micro Devices, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silicon Graphics, Inc., | Related Cases: |
| Plaintiff, | MISC. Nos. 07-80276 JF & 07-80279 JF |
| v. | Assigned to Judge Jeremy Fogel |
| ATI Technologies, Inc., et al.,, | **ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL ASUS COMPUTER INTERNATIONAL TO COMPLY WITH SUBPOENA** |
| Defendant. | |
| | (Related Case No. 06-C-0611-C pending in the W.D.Wis.) |
| | Date:     January 18, 2008<br>Time:     tba |

ATI Technologies, Inc., ATI Technologies ULC, and Advanced Micro Devices, Inc. (collectively "ATI"), respectfully submit this opposition to Plaintiff's Emergency Motion to

Compel ASUS Computer International to Comply with Subpoena ("Emergency Motion"). ATI provides the Court with a recent order from the underlying litigation in the Western District of Wisconsin that bears directly on SGI's motion to compel ASUS Computer International ("ASUS").

As plaintiff Silicon Graphics, Inc. ("SGI") represented in its Emergency Motion, SGI filed a motion with the Wisconsin court on Friday, December 14, 2007, seeking to extend the end of the non-party discovery period from December 15, 2007 to January 4, 2008. (SGI Emergency Motion at 2; McKenna Declaration at ¶ 2.) On December 26, 2007, the Wisconsin court denied SGI's motion for extension of the discovery period, definitively bringing non-party discovery to a close. (McKenna Declaration at ¶ 3, Ex. 1.) In light of this ruling, ATI respectfully requests that this Court deny SGI's Emergency Motion.

DATED: December 28, 2007

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Thomas A. Miller
Thomas A. Miller, 129473
Jennifer L. McKenna, 219837

2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3211
310-552-0130

-and-

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

**ATTORNEYS FOR ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On **December 28, 2007**, I caused the foregoing document described as **ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC.'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL ASUS COMPUTER INTERNATIONAL TO COMPLY WITH SUBPOENA** to be served on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]  BY MAIL: I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  BY EMAIL: By transmitting via electronic mail the document listed above to the Email addresses set forth below on this date before 5:00 p.m.

[ ]  BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressees.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **December 28, 2007**, at Los Angeles, California.

_____
LA DONNA BRYANT-WILSON

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA1 60153281.1

PROOF OF SERVICE

C06-01884 MHP

## SERVICE LIST

<u>Silicon Graphics, Inc. v. Acer America Corp.</u>
USDC MISC No. C-07 80276JF

| | |
|---|---|
| Mitchell M. Blakely, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>Telephone: (650) 843-4000<br>**Facsimile: (650) 843-4001**<br>Email: mblakely@morganlewis.com | ***Attorneys for Plaintiff Silicon Graphics, Inc.*** |
| Edward J. Pardon, Esq.<br>MICHAEL BEST & ASSOCIATES<br>One South Pinckney Street, Ste 700<br>Madison, WI 53701-1806<br>Telephone: (608) 283-2268<br>**Facsimile: (608) 283-2275**<br>Email: ejpardon@michaelbest.com | |
| James M. Bollinger, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>**Facsimile: (212) 309-6001**<br>jbollinger@morganlewis.com | |
| Peter McMahon, Esq.<br>McMahon Serepca LLP<br>100 Marine Parkway, Suite 350<br>Redwood City, CA 94065<br>Telephone: (650) 637-0600<br>**Facsimile: (650) 637-0700**<br>peter@mcmahonserepca.com | ***Attorneys for Defendant Acer America Corp.*** |

LA1 60153281.1

PROOF OF SERVICE

C06-01884 MHP

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES