MORGAN, LEWIS & BOCKIUS LLP
MITCHELL M. BLAKELY, State Bar No. 214946
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto California, 94306
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mblakely@morganlewis.com

Attorneys for Plaintiff
Silicon Graphics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silicon Graphics, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> ATI Technologies, Inc., ATI Technologies ULC and Advanced Micro Devices, Inc., <br><br> Defendants <br><br> and <br><br> Acer America Corp., <br><br> Respondent to Subpoena. | No. C 07-80276 JF (RS) <br><br> **PLAINTIFF SGI'S NOTICE OF WITHDRAWAL OF SGI'S MOTION TO COMPEL COMPLIANCE OF ACER AMERICA CORP.** <br><br> (Related to Case No. 06-C-0611-C pending in the W.D. Wis.) |

On December 12, 2007, Plaintiff Silicon Graphics, Inc. ("SGI") filed Plaintiff SGI's Notice of And Emergency Motion to Shorten Time Regarding SGI's Motion to Compel Third Party Acer America Corp. to Comply with Subpoena (Docket 1), which was re-noticed for hearing on January 18, 2007 (Docket 13). SGI and Acer reached agreement on the requested discovery. Acer has not filed an opposition to SGI's motion. Thus, pursuant to Civil L.R. 7-7(e), SGI hereby withdraws its motion to compel compliance with subpoena.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3683022.1

SGI'S NOTICE OF WITHDRAWAL (ACER)

| | | |
|---|---|---|
| 1 | Dated: December 31, 2007 | MORGAN, LEWIS & BOCKIUS LLP<br>MITCHELL M. BLAKELY |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Mitchell M. Blakely<br>    Mitchell M. Blakely<br>    Attorneys for Plaintiff |
| 5 | | Silicon Graphics, Inc. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3683022.1

2   SGI'S NOTICE OF WITHDRAWAL (ACER)